IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRERO CONSTRUCTION, INC., PLAINTIFF, | ) | |
| VS. | ) | NO. 00-775C (Judge Wheeler) |
| THE UNITED STATES, DEFENDANT. | ) | |

Notice of Change of Address

Plaintiff, by and through counsel, Ronald L. Roberts, Ronald L. Roberts, P.C. hereby notifies the Court of a change in address. Counsel's new addresses are as follows:

Office: Ronald L. Roberts, P.C.
76 Vale Circle
Palmer Lake, CO 80133

Mailing Address: Ronald L. Roberts, P.C.
P.O. Box 3235
Monument, CO 80132

Dated: April 13, 2006

RESPECTFULLY SUBMITTED,
RONALD L. ROBERTS, P.C.

s/ Ronald L. Roberts

Ronald L. Roberts, No. 21459
Attorney for Brero Construction, Inc.
P.O. Box 3235
Monument, CO 80132
719/593-7773 Telephone
719/491-5858 Cell
719/531-7312 Facsimile

OF COUNSEL:

Michael Pisias, Esq.
Law Office of Michael Pisias
177 Post Street, Suite 700
San Francisco, CA 94108

## CERTIFICATE OF MAILING

I hereby certify that on this 13thy day of April 2006, I placed in the U.S. Mail with sufficient first class postage a copy of the foregoing PLAINTIFF'S STATUS REPORT addressed to:

J. Reid Prouty
Trial Attorney, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/ Ronald L. Roberts