# San Jose Job Corps Center

- Evaluation of Brero’s Delay Analysis
- Evaluation of Brero’s Inefficiency Analysis

# San Jose Job Corps Center

## Brero Analysis



# San Jose Job Corps Center

## Brero Analysis – Corrections




**1. Actual Substantial Completion October 18, 2004**

**162 days Compensable**

# San Jose Job Corps Center

## Brero Analysis – Corrections



# San Jose Job Corps Center

**DMJM/HTB**

- ■ Site Visit Report
- ☐ Telecon Report
- ☐ Conference Report

Project: San Jose Job Corps Center Date: 25-OCT-94

Subject: Substantial Completion - Buildings E,F,G, & H Project No. 4-902-02

PY'87 Center Relocation By: Bill Williams

Participants: Bob Joyce, A/E, Red Shelton, GC, Tom Ozaki, Region, Cres Ebarle, Center Director, Jon Hillhouse, Center, Bob Koppe, Kim Murphy, Bill Williams DMJM/HTB, Anita Gheno, Region Safety & Health Manager

The substantial completion inspection for four buildings, E,F,G,and H, was conducted on 17th & 18th of October 1994. All four buildings were certified as substantially complete. The punch lists consists of numerous miscellaneous paint touch-up, patching around openings, aligning folding partitions in classrooms, adjusting hardware, and general cleaning. (see attached punch-list). The mechanical & electrical punch-lists consists mainly of verifications of systems operations, providing test reports and keys to panelboards, and replacing electrical receptacles with GFCI.

The Regional Health and Safety Manager conducted her walkthrough and found missing GFCI receptacles, and asked for information on serveral issues:

1) Leaded wall requirement in Dental areas for X-ray operations.
2) Electrical wires "dangling" from ceilings in the admin. bldg.
3) Fire rating on folding accordion doors.

A copy of the report was faxed to the A/E for incorporation into the punch list and to provide responses to issues raised.

A review of the toilet rooms in classroom buildings E and G (these toilet rooms were not part of the contract) provided a list of deficiencies to be added to the inventory of needs. The deficiences included broken wall tile, holes in walls, lack of toilet partitions, broken water closets, lack of accessories, missing toilet fixtures, and warped doors.

A meeting was held on 19-OCT-94 with the center to discuss serveral concerns which they had at the new site. These included the following:

1) Exterior painting for bldgs. H (Admin.),E (Classroom),G (Classroom), and J (Day Care) to match the new paint schemes.
2) An additional fire alarm panel for the guard house since it would be manned 24-hours.
3) Additional site lighting for the west side of the site (rear of the dormitories, adjacent to the playing fields).
4) A dust collection system for the vocational and center maintenance shops.
5) Leased parking for staff at a nearby church.

These five issues will be forwarded to the Region for approval and funding.

Signed: *Bill Williams* Page: 1 of 1

# San Jose Job Corps Center

**DMJM/HTB**

■ Site Visit Report
☐ Telecon Report
☐ Conference Report

Project: San Jose Job Corps Center Date: 25-OCT-94

Subject: Substantial Completion - Buildings E,F,G, & H Project No. 4-902-02

PY'87 Center Relocation By: Bill Williams

Participants: Bob Joyce, A/E , Red Shelton, GC , Tom Ozaki, Region , Cres Ebarle, Center Director, Jon Hillhouse, Center , Bob Koppe, Kim Murphy, Bill Williams DMJM/HTB, Anita Gheno, Region Safety & Health Manager

The substantial completion inspection for four buildings, E,F,G, and H, was conducted on 17th & 18th of October 1994. All four buildings were certified as substantially complete. The punch lists consists of numerous miscellaneous paint touch-up, patching around openings, aligning folding partitions in classrooms, adjusting hardware, and general cleaning. (see attached punch-list). The mechanical & electrical punch-lists consists mainly of verifications of systems operations, providing test reports and keys to panelboards, and replacing electrical receptacles with GFCI.

The Regional Health and Safety Manager conducted her walkthrough and found missing GFCI receptacles, and asked for information on serveral issues:

1) Leaded wall requirement in Dental areas for X-ray operations.
2) Electrical wires "dangling" from ceilings in the admin. bldg.
3) Fire rating on folding accordion doors.

A copy of the report was faxed to the A/E for incorporation into the punch list and to provide responses to issues raised.

A review of the toilet rooms in classroom buildings E and G (these toilet rooms were not part of the contract) provided a list of deficiencies to be added to the inventory of needs. The deficiences included broken wall tile, holes in walls, lack of toilet partitions, broken water closets, lack of accessories, missing toilet fixtures, and warped doors.

A meeting was held on 19-OCT-94 with the center to discuss serveral concerns which they had at the new site. These included the following:

1) Exterior painting for bldgs. H (Admin.), E (Classroom), G (Classroom), and J (Day Care) to match the new paint schemes.
2) An additional fire alarm panel for the guard house since it would be manned 24-hours.
3) Additional site lighting for the west side of the site (rear of the dormitories, adjacent to the playing fields).
4) A dust collection system for the vocational and center maintenance shops.
5) Leased parking for staff at a nearby church.

These five issues will be forwarded to the Region for approval and funding.

Signed: Bill Williams Page: 1 of 1

# San Jose Job Corps Center

The substantial completion inspection for four buildings, E,F,G,and H, was conducted on 17th & 18th of October 1994. All four buildings were certified as substantially complete. The punch lists consists of numerous miscellaneo

# San Jose Job Corps Center

## Brero Analysis – Corrections




1. **Actual Substantial Completion - October 18, 2004.**
2. **Time Extensions to September 9, 2004.**

**132 days**

**Compensable**

LEGEND

Projected

As-Built

Delay

# San Jose Job Corps Center

## Brero Analysis – Corrections



# San Jose Job Corps Center

## Brero Analysis – Corrections



# San Jose Job Corps Center

Contract Number: E-4098-3 )-82-20 Modification Numl : 8

(14. DESCRIPTION OF AMENDMENT/MODIFICATION - cont.)

B. As authorized by Clause 52.243-4 (Changes) of the Contract, Part I, The Schedule, Section F - Deliveries or Performance, is amended as follows:

1. Clause F.2, 52.212-3 (Commencement, Prosecution, and Completion of Work) is amended to read:

Due to the excessive rain conditions experienced in the San Jose region, the Contractor's Period of Performance is hereby extended ninety calendar days, as provided for in the Contracting Officer's letter dated October 29, 1993. As a result, the Contractor shall be required to (a) commence work under this contract within 14 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 636 days from receipt of notice to proceed. The period of performance for substanstial completion is hereby extended from June 11, 1994 to September 9, 1994. The period of performance for project closeout is hereby extended from August 6, 1994 to November 4, 1994.

C. As authorized by Clause G.13 (Equitable Adjustments), the Contract price is amended as follows:

1. In consideration for the additional services and credits provided in Items 14(A)(1) through (23) above, the Contract price is hereby increased by $131,822.00, from $8,432,615.00 (Modification No. 7) to a new firm-fixed Contract price of $8,564,437.00.

D. All other terms and conditions of the Contract remain unchanged.

End of Modification No. 8

# San Jose Job Corps Center

Contract Number: E-4098-3 )-82-20 Modification Numl : 8

(14. DESCRIPTION OF AMENDMENT/MODIFICATION - cont.)

B. As authorized by Clause 52.243-4 (Changes) of the Contract, Part I, The Schedule, Section F - Deliveries or Performance, is amended as follows:

1. Clause F.2, 52.212-3 (Commencement, Prosecution, and Completion of Work) is amended to read:

Due to the excessive rain conditions experienced in the San Jose region, the Contractor's Period of Performance is hereby extended ninety calendar days, as provided for in the Contracting Officer's letter dated October 29, 1993. As a result, the Contractor shall be required to (a) commence work under this contract within 14 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 636 days from receipt of notice to proceed. The period of performance for substanstial completion is hereby extended from June 11, 1994 to September 9, 1994. The period of performance for project closeout is hereby extended from August 6, 1994 to November 4, 1994.

C. As authorized by Clause G.13 (Equitable Adjustments), the Contract price is amended as follows:

1. In consideration for the additional services and credits provided in Items 14(A)(1) through (23) above, the Contract price is hereby increased by $131,822.00, from $8,432,615.00 (Modification No. 7) to a new firm-fixed Contract price of $8,564,437.00.

D. All other terms and conditions of the Contract remain unchanged.

End of Modification No. 8

# San Jose Job Corps Center

days from receipt of notice to proceed. The period of performance for substanstial completion is hereby extended from June 11, 1994 to September 9, 1994. The

# San Jose Job Corps Center

- Contract Modification # 8 extended time of performance to September 9, 1994 (substantial completion).
- Substantial Completion was achieved on October 18, 1994.
- Therefore. delay period under consideration is from September 9, 1994 to October 18, 1994, or 39 days.

# San Jose Job Corps Center

- According to Brero's TIA, delays from September 9 to October 18, 1994 resulted from the following:
  - COP 192 – Provide 6x8 concrete walk **(1 day – September 9 to September 10, 1994)**
  - Contractor extended performance of contract work – inexcusable **(19 days – September 10 to September 29, 1994)**
  - COP 209 – Additional Soil Amendment **(1 day – September 29 to October 8, 1994)**
  - COP 234 – Screens over wall louvers **(10 days – October 8 to October 18, 1994)**

# San Jose Job Corps Center - Mod. 11

02/01/96 THU 16:49 FAX 202 219 8739 ETA/OGCM →→→ DMJMHTB 005

Contract Number: E-409_3-00-82-20 Modification _ber: 11

(14. DESCRIPTION OF AMENDMENT/MODIFICATION - cont.)

The purpose of this modification is to (A) incorporate additional services provided by the Contractor; and (B) equitably adjust the contract price for those expenses to be incurred and/or deducted by the Contractor for the additional services.

A. As authorized by Clause 52.243-4 (Changes) of the Contract, Part I, The Schedule, Section C - Description/Specifications/ Work Statement, is amended as follows:

1. As a result of negotiations with Brero Construction, Incorporated on December 19, 1994, it has been agreed upon that the Contractor shall provide and/or delete the following additional services as outlined in the Contractor's Change Order Proposals listed by number and description, and at the prices not to exceed the final negotiated fee amounts contained in the Final Resolution Items list, Pages 3 and 4, of this modification.

B. As authorized by Clause G.13 (Equitable Adjustments), the Contract price is amended as follows:

1. In consideration for the additional services and credits provided in Items 14(A)(1) above, the Contract price is hereby increased by $129,243.00, from $8,850,374.00 (Modification No. 10) to a new firm-fixed Contract price of $8,979,617.00.

C. Execution of this contract modification constitutes final and complete agreement for equitable adjustment for the change order proposals (Final Resolution Items) listed on Page 3 and 4 of this modification.

D. All other terms and conditions of the Contract remain unchanged.

End of Modification No. 11

Page 2

100

02/01/96 THU 16:50 FAX 202 219 8739 ETA/OGCM →→→ DMJMHTB 005

Contract Number: E-4C _3-00-82-20 Modification _ber: 11

FINAL RESOLUTION ITEMS
BRERO CONSTRUCTION, INC.
E-4098-4-00-82-20
DECEMBER 19, 1994

| COP No. | Description | Final Negotiated Fee | Comments |
|---|---|---|---|
| 192 | 6'x8' Concrete walk | $1,045 | FINAL RESOLUTION |
| 193 | Furred Down Ceiling | $1,181 | FINAL RESOLUTION |
| 194 | New Latchguards | $570 | FINAL RESOLUTION |
| 196 | Type K Light Fixture | $858 | FINAL RESOLUTION |
| 197 | Gatehouse Door Hardware | $436 | FINAL RESOLUTION |
| 199 | New Hardware Door H-134 | $1,853 | FINAL RESOLUTION |
| 202R1 | Two Smoke Duct Detectors | $2,260 | FINAL RESOLUTION |
| 203 | Sloped Ceiling Bldg. H Windows | $519 | FINAL RESOLUTION |
| 206R1 | Relocate registers | $1,382 | FINAL RESOLUTION |
| 207R1 | CR 346 Pull Wire Installation Conduit | $697 | FINAL RESOLUTION |
| 208 | Change Grab Bars | $1,505 | FINAL RESOLUTION |
| 209 | Soil Preparation Landscape | $21,272 | FINAL RESOLUTION |
| 211 | Modify Exit Sign Building M | $837 | FINAL RESOLUTION |
| 213 | CR 350 Modify Cabinet Room H135 | $536 | FINAL RESOLUTION |
| 214 | Additional Electric Bldg F | $1,608 | FINAL RESOLUTION |
| 217 | RFI 302 Power Panels-Dental | $1,253 | FINAL RESOLUTION |
| 218 | Remove/Dispose Existing Asphalt | $660 | FINAL RESOLUTION |
| 219 | CR 360 Add Regulator | $564 | FINAL RESOLUTION |
| 220 | Thresholds at Bldg. N | $1,170 | FINAL RESOLUTION |
| 221 | Remove Shrubs | $6,380 | FINAL RESOLUTION |
| 223 | Wiring Connection-Solenoid | $276 | FINAL RESOLUTION |
| 224 | CR 374 Add Thresholds | $138 | FINAL RESOLUTION |
| 226 | Type "H" Fixtures | $648 | FINAL RESOLUTION |
| 227 | Change Door Swing | $0 | FINAL RESOLUTION |
| 228 | Additional Signage | $464 | FINAL RESOLUTION |
| 229 | Additional Doors | $0 | FINAL RESOLUTION |
| 230 | Relocate Sprinkler Heads | $431 | FINAL RESOLUTION |
| 231 | Rewire Kitchen Equipment | $3,175 | FINAL RESOLUTION |
| 234 | Perforated Transfer Grills | $1,432 | FINAL RESOLUTION |
| 235 | Floor Stops | $1,312 | FINAL RESOLUTION |
| 236 | Delete Installation of VCT | ($1,326) | FINAL RESOLUTION |
| | TOTAL | $129,243 | |

Page 4

102

# San Jose Job Corps Center – Mod. 11



Contract Number: E-409_3-00-82-20 Modification Number: 11

(14. DESCRIPTION OF AMENDMENT/MODIFICATION - cont.)

The purpose of this modification is to (A) incorporate additional services provided by the Contractor; and (B) equitably adjust the contract price for those expenses to be incurred and/or deducted by the Contractor for the additional services.

A. As authorized by Clause 52.243-4 (Changes) of the Contract, Part I, The Schedule, Section C - Description/Specifications/Work Statement, is amended as follows:

1. As a result of negotiations with Brero Construction, Incorporated on December 19, 1994, it has been agreed upon that the Contractor shall provide and/or delete the following additional services as outlined in the Contractor's Change Order Proposals listed by number and description, and at the prices not to exceed the final negotiated fee amounts contained in the Final Resolution Items list, Pages 3 and 4, of this modification.

B. As authorized by Clause G.13 (Equitable Adjustments), the Contract price is amended as follows:

1. In consideration for the additional services and credits provided in Items 14(A)(1) above, the Contract price is hereby increased by $129,243.00, from $8,850,374.00 (Modification No. 10) to a new firm-fixed Contract price of $8,979,617.00.

C. Execution of this contract modification constitutes final and complete agreement for equitable adjustment for the change order proposals (Final Resolution Items) listed on Page 3 and 4 of this modification.

D. All other terms and conditions of the Contract remain unchanged.

End of Modification No. 11





Contract Number: E-40_3-00-82-20 Modification Number: 11

FINAL RESOLUTION ITEMS
BRERO CONSTRUCTION, INC.
E-4098-4-00-82-20
DECEMBER 19, 1994

| COP No. | Description | Final Negotiated Fee | Comments |
|---|---|---|---|
| 192 | 6'x8' Concrete walk | $1,045 | FINAL RESOLUTION |
| 193 | Furred Down Ceiling | $1,181 | FINAL RESOLUTION |
| 194 | New Latchguards | $570 | FINAL RESOLUTION |
| 196 | Type K Light Fixture | $858 | FINAL RESOLUTION |
| 197 | Gatehouse Door Hardware | $436 | FINAL RESOLUTION |
| 199 | New Hardware Door H-134 | $1,853 | FINAL RESOLUTION |
| 202R1 | Two Smoke Duct Detectors | $2,260 | FINAL RESOLUTION |
| 203 | Sloped Ceiling Bldg. H Windows | $519 | FINAL RESOLUTION |
| 206R1 | Relocate registers | $1,382 | FINAL RESOLUTION |
| 207R1 | CR 346 Pull Wire Installation Conduit | $697 | FINAL RESOLUTION |
| 208 | Change Grab Bars | $1,505 | FINAL RESOLUTION |
| 209 | Soil Preparation Landscape | $21,272 | FINAL RESOLUTION |
| 211 | Modify Exit Sign Building M | $837 | FINAL RESOLUTION |
| 213 | CR 350 Modify Cabinet Room H135 | $538 | FINAL RESOLUTION |
| 214 | Additional Electric Bldg F | $1,608 | FINAL RESOLUTION |
| 217 | RFI 302 Power Panels-Dental | $1,253 | FINAL RESOLUTION |
| 218 | Remove/Dispose Existing Asphalt | $660 | FINAL RESOLUTION |
| 219 | CR 360 Add Regulator | $564 | FINAL RESOLUTION |
| 220 | Thresholds at Bldg. N | $1,170 | FINAL RESOLUTION |
| 221 | Remove Shrubs | $6,380 | FINAL RESOLUTION |
| 223 | Wiring Connection-Solenoid | $276 | FINAL RESOLUTION |
| 224 | CR 374 Add Thresholds | $138 | FINAL RESOLUTION |
| 226 | Type "H" Fixtures | $648 | FINAL RESOLUTION |
| 227 | Change Door Swing | $0 | FINAL RESOLUTION |
| 228 | Additional Signage | $464 | FINAL RESOLUTION |
| 229 | Additional Doors | $0 | FINAL RESOLUTION |
| 230 | Relocate Sprinkler Heads | $431 | FINAL RESOLUTION |
| 231 | Rewire Kitchen Equipment | $3,175 | FINAL RESOLUTION |
| 234 | Perforated Transfer Grills | $1,432 | FINAL RESOLUTION |
| 235 | Floor Stops | $1,312 | FINAL RESOLUTION |
| 236 | Delete Installation of VCT | ($1,326) | FINAL RESOLUTION |
| | TOTAL | $129,243 | |

# San Jose Job Corps Center – Mod. 11

Execution of this contract modification constitutes final and complete agreement for equitable adjustment for the change order proposals (Final Resolution Items) listed on Page 3 and 4 of this modification.

| | | | |
|---|---|---|---|
| 192 | 6'x8' Concrete walk | $1,045 | FINAL RESOLUTION |
| [illegible] | [illegible] | $1,181 | FINAL RESOLUTION |

| | | | |
|---|---|---|---|
| 208 | Change Grab Bars | [illegible] | FINAL RESOLUTION |
| 209 | Soil Preparation Landscape | $21,272 | FINAL RESOLUTION |
| [illegible] | [illegible] | $837 | |

| | | | |
|---|---|---|---|
| 231 | Rewire Kitchen Equipment | [illegible] | FINAL RESOLUTION |
| 234 | Perforated Transfer Grills | $1,432 | FINAL RESOLUTION |
| [illegible] | [illegible] | $1,312 | |

# San Jose Job Corps Center

- According to Brero's TIA, delays from September 9 to October 18, 1994, 39 days are inexcusable. Therefore, Brero is not entitled to any extended performance costs.
- According to the Contract, Brero is subject to liquidated damages in the amount of $9,165 (39 x $235).

# San Jose Job Corps Center – Liquidated Damages

IFB-92-DAA-56-JC Section F

SECTION F - DELIVERIES OR PERFORMANCE

**F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE**

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by reference:

FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1)

| FAR NUMBER | TITLE | DATE |
|---|---|---|
| 52.212-12 | SUSPENSION OF WORK | APR 1984 |

(End of Clause)

**F.2 52.212-3 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**

The Contractor shall be required to (a) commence work under this contract within 14 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 546 days after receipt of notice to proceed. The time stated for completion shall include final cleanup of the premises.

(End of Clause)

**F.3 52.212-5 LIQUIDATED DAMAGES--CONSTRUCTION (APR 1984)**

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $235.00 for each day of delay.

(b) If the Government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c) If the Government does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

(End of Clause)

# San Jose Job Corps Center – Liquidated Damages

IFB-92-DAA-56-JC Section F

SECTION F - DELIVERIES OR PERFORMANCE

**F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE**

NOTICE: The following solicitation provisions and/or contract clauses pertinent to this section are hereby incorporated by reference:

FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1)

| FAR NUMBER | TITLE | DATE |
|---|---|---|
| 52.212-12 | SUSPENSION OF WORK | APR 1984 |

(End of Clause)

**F.2 52.212-3 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**

The Contractor shall be required to (a) commence work under this contract within 14 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 546 days after receipt of notice to proceed. The time stated for completion shall include final cleanup of the premises.

(End of Clause)

**F.3 52.212-5 LIQUIDATED DAMAGES--CONSTRUCTION (APR 1984)**

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $235.00 for each day of delay.

(b) If the Government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c) If the Government does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

(End of Clause)

# San Jose Job Corps Center

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $235.00 for each day of delay.

# San Jose Job Corps Center – Brero's LOP Analysis

**Summary of Monthly Loss Of Productivity**

| | N | M | H | F | L2 | L1 | L3 | |
|---|---|---|---|---|---|---|---|---|
| July | 10.30 | | | | | | | 10.30 |
| August | 313.24 | 39.74 | | | | | | 352.98 |
| September | 563.19 | 287.97 | | 171.96 | 13.88 | | | 1037.00 |
| October | 508.68 | 1003.31 | | 99.59 | 506.37 | 277.24 | | 2395.19 |
| November | | 108.23 | | 719.04 | 501.20 | 487.82 | | 1816.29 |
| December | | | 20.75 | 895.00 | 433.40 | 71.19 | 1101.39 | 2521.73 |
| January | | | 686.87 | 234.92 | 686.15 | 0.00 | 668.70 | 2276.64 |
| February | | | 1109.57 | | 252.90 | 577.60 | 512.00 | 2452.07 |
| March | | | 661.70 | | | | 1087.68 | 1749.38 |
| | 1395.41 | 1439.25 | 2478.89 | 2120.51 | 2393.90 | 1413.85 | 3369.77 | |
| | | | | | **Total LOP hours** | | | **14611.58** |
| | | | | | **Total Hours x $23.66** | | | **$345,709.98** |

# San Jose Job Corps Center – Brero's LOP Analysis

Months with no framing fragnets

Summary of Monthly Loss Of Productivity

| | N | M | H | F | L2 | L1 | L3 | |
|---|---|---|---|---|---|---|---|---|
| July | 10.30 | | | | | | | 10.30 |
| August | 313.24 | 39.74 | | | | | | 352.98 |
| September | 563.19 | 287.97 | | 171.96 | 13.88 | | | 1037.00 |
| October | 508.68 | 1003.31 | | 99.59 | 506.37 | 277.24 | | 2395.19 |
| November | | 108.23 | | 719.04 | 501.20 | 487.82 | | 1816.29 |
| December | | | 20.75 | 895.00 | 433.40 | 71.19 | 1101.39 | 2521.73 |
| January | | | 686.87 | 234.92 | 686.15 | 0.00 | 668.70 | 2276.64 |
| February | | | 1109.57 | | 252.90 | 577.60 | 512.00 | 2452.07 |
| March | | | 661.70 | | | | 1087.68 | 1749.38 |
| | 1395.41 | 1439.25 | 2478.89 | 2120.51 | 2393.90 | 1413.85 | 3369.77 | |

| | |
|---|---|
| **Total LOP hours** | **14611.58** |
| **Total Hours x $23.66** | **$345,709.98** |
| Total LOP Hrs w/no Impacts | 7411.56 |

# San Jose Job Corps Center – Brero's LOP Analysis

Examples of Inefficiencies with no framing fragnets

August-93

**Building N**

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 6,939.20 | 7,240.90 | 7,240.90 | 47267 | | -40026.10 | 0 |
| Labor | 510.00 | 528.50 | 216.04 | 1410.25 | -312.96 | -1194.21 | 0 |
| PF (ACWP units/ACWP labor) | 13.70 | | | | | | |
| Actual Hours | 510.00 | | | | | | |
| Actual Units/Standard PF = | 196.76 | | | | | | |
| **Loss of Productivity** | **313.24** | | | | | | |

61%

N had no fragnets

**Building M**

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 46.21 | 46.21 | 46.21 | 30039 | | -29992.79 | 0 |
| Labor | 41.00 | 41.00 | 1.38 | 896.24 | -39.62 | -894.86 | 0 |
| PF (units - ACWP/ACWP - labor) | 1.13 | | | | | | |
| Actual Hours | 41.00 | | | | | | |
| Actual Units/Standard PF = | 1.26 | | | | | | |
| **Loss of Productivity** | **39.74** | | | | | | |
| Standard Performance Factor (PF)** | 36.80 | | | | | | |

97%

M had no fragnets

# San Jose Job Corps Center – Brero's LOP Analysis

Examples of Inefficiencies with no framing fragnets

**Building F** September 1993

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 1,142.37 | 1,142.37 | 1,142.37 | 6189.24 | | -5046.87 | |
| Labor | 203.00 | 203.00 | 34.08 | 184.66 | -168.92 | -150.58 | |
| PF (units - ACWP/ACWP - labor) | 5.63 | | | | | | |
| Actual Hours | 203.00 | | | | | | |
| Actual Units/Standard PF = | 31.04 | | | | | | |
| **Loss of Productivity** | **171.96** | | | | | | |

85% F had no fragnets

**Building H** February 1994

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 23,200.63 | 35,914.29 | 35,914.29 | 54,470.00 | | -18555.71 | 47 |
| Labor | 1,740.00 | 3,088.85 | 1,071.53 | 1,625.15 | -2017.32 | -553.62 | 47 |
| PF (units - ACWP/ACWP - labor) | 13.33 | | | | | | |
| Actual Hours | 1,740.00 | | | | | | |
| Actual Units/Standard PF = | 630.43 | | | | | | |
| **Loss of Productivity** | **1,109.57** | | | | | | |
| Standard Performance Factor (PF)** | 36.80 | | | | | | |

64% H had no fragnets

# San Jose Job Corps Center – Empirical Resource Curves – used in lieu of actual units installed



# San Jose Job Corps Center – Certified Payrolls and Job Cost Report

Pg 1 of 4

10/06/93

BRERO CONSTRUCTION, INC.
CERTIFIED PAYROLL REGISTER
FOR PERIOD 09/27/93 - 10/03/93

PAGE 1

JOB 009302 FEDERAL JOB CORPS

| NAME AND ADDRESS SOC.SEC.NO. | CRAFT DESC NO. EXEMP | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL HR | TY | PAY RATE | JOB EARN TOT EARN | FIT FICA | STATE LOCAL | UN DED MISC | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALTER R BARKHOFF | CARPENTER | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 25.4900 | 1019.60 | 221.91 | 62.50 | .00 | | |
| 1066 WEKIVA WAY | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1019.60 | 78.00 | 13.26 | 77.20 | 452.87 | 566.73 |
| CAMPBELL, CALIF. | 0 | | | | | | | | | | | | | | | | |
| 95008 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | | | | | | | | | | | | | | | | | |
| GARY W. BOSWELL | CARP/FOREMAN | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 26.9900 | 1079.60 | 169.87 | 40.24 | .00 | | |
| 1701 CANNA LANE | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1079.60 | 82.59 | .00 | 77.20 | 369.90 | 709.70 |
| SAN JOSE, CA | 1 | | | | | | | | | | | | | | | | |
| 95124 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | | | | | | | | | | | | | | | | | |
| JOE A. COTA III | CARPENTER | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 25.4900 | 1019.60 | 190.73 | 36.63 | .00 | | |
| 1180 MATTERHORN DR | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1019.60 | 78.01 | 13.26 | 77.20 | 395.83 | 623.77 |
| SAN JOSE, CALIF. | 0 | | | | | | | | | | | | | | | | |
| 95132 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | SPAN-AMER | | | | | | | | | | | | | | | | |
| SERGEY DOLGINSKIY | CARPENTER | 7.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 39.00 | ST | 25.4900 | 994.11 | 120.63 | 27.57 | .00 | | |
| 222 MILBRAE LN,#8 | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 994.11 | 76.04 | 12.92 | 75.27 | 312.38 | 681.73 |
| LOS GATOS, CALIF. | 3 | | | | | | | | | | | | | | | | |
| 95030 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | | | | | | | | | | | | | | | | | |
| LARRY R ESQUIVEL | CARPENTER | 7.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 39.00 | ST | 25.4900 | 994.11 | 133.28 | 28.71 | .00 | | |
| 1098 GLENFINNAN DR | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 994.11 | 76.04 | 12.92 | 75.27 | 326.22 | 667.89 |
| SAN JOSE, CALIF. | 2 | | | | | | | | | | | | | | | | |
| 95122 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | SPAN-AMER | | | | | | | | | | | | | | | | |
| BILL C. EVANS | CARP/FOREMAN | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 26.9900 | 1079.60 | 226.50 | 66.89 | .00 | | |
| 23760 ALAMITOS RD. | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1079.60 | 82.59 | 14.04 | 77.20 | 467.22 | 612.38 |
| #53 | 1 | | | | | | | | | | | | | | | | |
| SAN JOSE, CA 95120 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | | | | | | | | | | | | | | | | | |
| PEILAR FERNANDEZ | CARPENTER | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 25.4900 | 1019.60 | 153.07 | 35.44 | .00 | | |
| 954 E. EMPIRE ST. | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1019.60 | 78.01 | 13.26 | 77.20 | 356.98 | 662.62 |
| SAN JOSE, CA | 1 | | | | | | | | | | | | | | | | |
| 95112 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | SPAN-AMER | | | | | | | | | | | | | | | | |
| ARTURO GONZALEZ JR | LABORER | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 21.0800 | 843.20 | 81.48 | 17.27 | .00 | | |
| 1346 LINCOLN ST. | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 843.20 | 64.51 | 10.96 | 80.80 | 255.02 | 588.18 |
| SANTA CLARA, CA | 4 | | | | | | | | | | | | | | | | |
| 95050 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | SPAN-AMER | | | | | | | | | | | | | | | | |

06/13/94

JOB COST-TO-DATE REPORT

PAGE 18

JOB NUMBER 009302 JOB NAME SAN JOSE JOB CORPS CENTER

| PHASE NMBR DESCRIPTION | TYPE | EST COST | COST - TO - DATE WEEK | MONTH | YEAR | JOB | % COMPLETE EST | ACT | COST REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 006142 ROOF JOISTS/BLOCKING/LEDGER | L | 15380.00 | .00 | .00 | 14483.71 | 14483.71 | .00 | 94.17 | 896.2 |
| 006152 ROOF CURBS | L | 1880.00 | 50.98 | 50.98 | 40144.67 | 40144.67 | .00 | 135.35 | -38264.6 |
| 006162 PLY SHEATH ROOF | L | 29942.00 | .00 | .00 | 26056.61 | 26056.61 | .00 | 87.02 | 3885.3 |
| 006172 PLY EDGE BLOCK | L | 9303.00 | .00 | .00 | 9962.90 | 9962.90 | .00 | 107.09 | -659.90 |
| 006182 CRICKET | L | 6820.00 | .00 | .00 | 21204.12 | 21204.12 | .00 | 310.91 | -14384.1 |
| 006192 CLG JST/SOFFIT/PARAPET | L | 33425.00 | .00 | .00 | 47106.18 | 47106.18 | .00 | 140.93 | -13681.1 |
| 006202 PLY SHEATH PARAPET | L | 11153.00 | .00 | .00 | 2316.70 | 2316.70 | .00 | 20.77 | 8836.3 |
| J6212 CAP AT PARAPET | L | 1396.00 | .00 | .00 | 6061.83 | 6061.83 | .00 | 434.23 | -4665.8 |
| 006222 STAIRS | L | 3646.00 | .00 | .00 | 5668.74 | 5668.74 | .00 | 155.48 | -2022.74 |
| 006603 LUMBER MATERIAL | M | 118566.00 | .00 | .00 | 214607.50 | 214607.50 | .00 | 181.00 | -96041.5 |
| 006613 PLYWOOD MATERIAL | M | 88555.00 | .00 | .00 | 95949.35 | 95949.35 | .00 | 108.35 | -7394.35 |
| 006623 HOLD DOWN MATERIAL | M | 1837.00 | .00 | .00 | 4835.16 | 4835.16 | .00 | 263.21 | -2998.1 |
| 006633 ROUGH HARDWARE | M | 36740.00 | .00 | .00 | 57100.04 | 57100.04 | .00 | 155.42 | -20360.0 |
| 006802 INSTALL MISC. METAL | L | 3200.00 | 50.98 | 50.98 | 3378.32 | 3378.32 | .00 | 105.57 | -178.3 |
| CAT TOTAL | | 633015.00 | 178.43 | 406.87 | 1126816.86 | 1126816.86 | .00 | 178.01 | -493801.8 |
| CAT NUMBER 00165 CAT NAME SUBCONTRACTOR | | | | | | | | | |
| 2024 EARTHWORK-CALHOUN. CO 7 | S | 187262.00 | 7534.00 | 7534.00 | 131600.00 | 131600.00 | .00 | 70.28 | 55662.0 |

001459

~~001458~~

# San Jose Job Corps Center – Certified Payrolls and Job Cost Report

Pg 1 of 4

BRERO CONSTRUCTION, INC.
10/06/93 C E R T I F I E D P A Y R O L L R E G I S T E R PAGE 1
FOR PERIOD 09/27/93 - 10/03/93

JOB 009302 FEDERAL JOB CORPS

| NAME AND ADDRESS<br>SOC.SEC.NO. | CRAFT DESC<br>NO. EXEMP | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL | TY HR | PAY RATE | JOB EARN<br>TOT EARN | FIT<br>FICA | STATE<br>LOCAL | UN DED<br>MISC | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALTER R BARKHOFF<br>1066 WEKIVA WAY<br>CAMPBELL, CALIF.<br>95008<br>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 | CARPENTER<br><br>0<br>CRAFTSMAN | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 25.4900<br>.0000 | 1019.60<br>1019.60 | 221.91<br>78.00 | 62.50<br>13.26 | .00<br>77.20 | 452.87 | 566.73 |
| GARY W. BOSWELL<br>1701 CANNA LANE<br>SAN JOSE, CA<br>95124<br>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 | CARP/FOREMAN<br><br>1<br>CRAFTSMAN | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 26.9900<br>.0000 | 1079.60<br>1079.60 | 169.87<br>82.59 | 40.24<br>.00 | .00<br>77.20 | 369.90 | 709.70 |
| JOE A. COTA III<br>1180 MATTERHORN DR<br>SAN JOSE, CALIF.<br>95132<br>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 | CARPENTER<br><br>0<br>CRAFTSMAN<br>SPAN-AMER | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 25.4900<br>.0000 | 1019.60<br>1019.60 | 190.73<br>78.01 | 36.63<br>13.26 | .00<br>77.20 | 395.83 | 623.77 |
| SERGEY DOLGINSKIY<br>222 MILBRAE LN,#8<br>LOS GATOS, CALIF.<br>95030<br>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 | CARPENTER<br><br>3<br>CRAFTSMAN | 7.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 39.00<br>.00 | ST<br>OT | 25.4900<br>.0000 | 994.11<br>994.11 | 120.63<br>76.04 | 27.57<br>12.92 | .00<br>75.27 | 312.38 | 681.73 |
| LARRY R ESQUIVEL<br>1098 GLENFINNAN DR<br>SAN JOSE, CALIF.<br>95122<br>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 | CARPENTER<br><br>2<br>CRAFTSMAN<br>SPAN-AMER | 7.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 39.00<br>.00 | ST<br>OT | 25.4900<br>.0000 | 994.11<br>994.11 | 133.28<br>76.04 | 28.71<br>12.92 | .00<br>75.27 | 326.22 | 667.89 |
| BILL C. EVANS<br>23760 ALAMITOS RD.<br>#53<br>SAN JOSE, CA 95120<br>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 | CARP/FOREMAN<br><br>1<br>CRAFTSMAN | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 26.9900<br>.0000 | 1079.60<br>1079.60 | 226.50<br>82.59 | 66.89<br>14.04 | .00<br>77.20 | 467.22 | 612.38 |
| PEILAR FERNANDEZ<br>954 E. EMPIRE ST.<br>SAN JOSE, CA<br>95112<br>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 | CARPENTER<br><br>1<br>CRAFTSMAN<br>SPAN-AMER | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 25.4900<br>.0000 | 1019.60<br>1019.60 | 153.07<br>78.01 | 35.44<br>13.26 | .00<br>77.20 | 356.98 | 662.62 |
| ARTURO GONZALEZ JR<br>1346 LINCOLN ST.<br>SANTA CLARA, CA<br>95050<br>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 | LABORER<br><br>4<br>CRAFTSMAN<br>SPAN-AMER | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | 8.00<br>.00 | .00<br>.00 | .00<br>.00 | 40.00<br>.00 | ST<br>OT | 21.0800<br>.0000 | 843.20<br>843.20 | 81.48<br>64.51 | 17.27<br>10.96 | .00<br>80.80 | 255.02 | 588.18 |

06/13/94 JOB COST-TO-DATE REPORT PAGE 18

JOB NUMBER 009302 JOB NAME SAN JOSE JOB CORPS CENTER

| PHASE NMBR | DESCRIPTION | TYPE | EST COST | COST-TO-DATE WEEK | MONTH | YEAR | JOB | % COMPLETE EST | ACT | COST REMAINING |
|---|---|---|---|---|---|---|---|---|---|---|
| 006142 | ROOF JOISTS/BLOCKING/LEDGER | L | 15380.00 | .00 | .00 | 14483.71 | 14483.71 | .00 | 94.17 | 896.2 |
| 006152 | ROOF CURBS | L | 1880.00 | 50.98 | 50.98 | 40144.67 | 40144.67 | .00 | 135.35 | -38264.5 |
| 006162 | PLY SHEATH ROOF | L | 29942.00 | .00 | .00 | 26056.61 | 26056.61 | .00 | 87.02 | 3885.3 |
| 006172 | PLY EDGE BLOCK | L | 9303.00 | .00 | .00 | 9962.90 | 9962.90 | .00 | 107.09 | -659.90 |
| 006182 | CRICKET | L | 6820.00 | .00 | .00 | 21204.12 | 21204.12 | .00 | 310.91 | -14384.1 |
| 006192 | CLG JST/SOFFIT/PARAPET | L | 33425.00 | .00 | .00 | 47106.18 | 47106.18 | .00 | 140.93 | -13681.1 |
| 006202 | PLY SHEATH PARAPET | L | 11153.00 | .00 | .00 | 2316.70 | 2316.70 | .00 | 20.77 | 8836.30 |
| 06212 | CAP AT PARAPET | L | 1396.00 | .00 | .00 | 6061.83 | 6061.83 | .00 | 434.23 | -4665.83 |
| 006222 | STAIRS | L | 3646.00 | .00 | .00 | 5668.74 | 5668.74 | .00 | 155.48 | -2022.74 |
| 006603 | LUMBER MATERIAL | M | 118566.00 | .00 | .00 | 214607.50 | 214607.50 | .00 | 181.00 | -96041.50 |
| 006613 | PLYWOOD MATERIAL | M | 88555.00 | .00 | .00 | 95949.35 | 95949.35 | .00 | 108.35 | -7394.35 |
| 005623 | HOLD DOWN MATERIAL | M | 1837.00 | .00 | .00 | 4835.16 | 4835.16 | .00 | 263.21 | -2998.16 |
| 006633 | ROUGH HARDWARE | M | 36740.00 | .00 | .00 | 57100.04 | 57100.04 | .00 | 155.42 | -20360.0 |
| 005802 | INSTALL MISC. METAL | L | 3200.00 | 50.98 | 50.98 | 3378.32 | 3378.32 | .00 | 105.57 | -178.3 |
| | CAT TOTAL | | 633015.00 | 178.43 | 406.87 | 1126816.86 | 1126816.86 | .00 | 178.01 | -493801.8 |
| | CAT NUMBER 00165 CAT NAME SUBCONTRACTOR | | | | | | | | | |
| 2024 | EARTHWORK-CALHOUN. CO 7 | S | 187262.00 | 7534.00 | 7534.00 | 131600.00 | 131600.00 | .00 | 70.28 | 55662.0 |

001459
001458

# San Jose Job Corps Center – Certified Payrolls and Job Cost Report

BRERO CONSTRUCTION, INC.
10/06/93 C E R T I F I E D P A Y R O L L R E G I S T E R PAGE 1
FOR PERIOD 09/27/93 - 10/03/93

JOB 009302 FEDERAL JOB CORPS

| NAME AND ADDRESS / SOC.SEC.NO. | CRAFT DESC / NO. EXEMP | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL HR | TY | PAY RATE | JOB EARN / TOT EARN | FIT / FICA | STATE / LOCAL | UN DED / MISC | TOTAL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALTER R BARKHOFF | CARPENTER | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | .00 | .00 | 40.00 | ST | 25.4900 | 1019.60 | 221.91 | 62.50 | .00 | | |
| 1066 WEKIVA WAY | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | OT | .0000 | 1019.60 | 78.00 | 13.26 | 77.20 | 452.87 | 566.73 |
| CAMPBELL, CALIF. | 0 | | | | | | | | | | | | | | | | |
| 95008 | CRAFTSMAN | | | | | | | | | | | | | | | | |
| 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 | | | | | | | | | | | | | | | | | |

06/13/94 JOB COST-TO-DATE REPORT PAGE 18

JOB NUMBER 009302 JOB NAME SAN JOSE JOB CORPS CENTER

| PHASE NMBR | DESCRIPTION | TYPE | EST COST | COST-TO-DATE WEEK | MONTH | YEAR | JOB | % COMPLETE EST | ACT | COST REMAINING |
|---|---|---|---|---|---|---|---|---|---|---|
| 006142 | ROOF JOISTS/BLOCKING/LEDGER | L | 15380.00 | .00 | .00 | 14483.71 | 14483.71 | .00 | 94.17 | 896.2[illegible] |
| 006152 | ROOF CURBS | L | 1880.00 | 50.98 | 50.98 | 40144.67 | 40144.67 | .00 | 135.35 | -38264.6[illegible] |

# San Jose Job Corps Center – Inefficiency During Roof Framing

February 1994

**Building L1**

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 8,000.67 | 109,533.00 | 109,533.00 | 109,533.00 | | | 100 |
| Labor | 795.00 | 4,319.00 | 3,268.00 | 3,268.00 | -1051 | | 100 |
| PF (units - ACWP/ACWP - labor) | 10.06 | | | | | | |
| Actual Hours | 795.00 | | | | | | |
| Actual Units/Standard PF = | 217.40 | | | | | | |
| Loss of Productivity | 577.60 | 73% | | | | | |

**Building L3**

| | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 5,888.13 | 42,473.36 | 42,473.36 | 56,664.00 | | -14190.64 | 58 |
| Labor | 672.00 | 3,342.50 | 1,267.22 | 1,690.61 | -2075.28 | -423.39 | 58 |
| PF (units - ACWP/ACWP - labor) | 8.76 | | | | | | |
| Actual Hours | 672.00 | | | | | | |
| Actual Units/Standard PF = | 160.00 | | | | | | |
| Loss of Productivity | 512.00 | 76% | | | | | |

# San Jose Job Corps Center – Inefficiency During Roof Framing

March 1994

| Building L3 | Period | ACWP | BCWP | BCWS | Cumulative Cost Variance | Cumulative Schedule Variance | Percent Complete |
|---|---|---|---|---|---|---|---|
| Units | 17,639.75 | 56,664.00 | 56,664.00 | 56,664.00 | | | 100 |
| Labor | 1,567.00 | 4,909.50 | 1,690.61 | 1,690.61 | -3218.89 | | 100 |
| PF (units - ACWP/ACWP - labor) | 11.26 | | | | | | |
| Actual Hours | 1,567.00 | | | | | | |
| Actual Units/Standard PF = | 479.32 | | | | | | |
| Loss of Productivity | 1,087.68 | | | | | | |

69%