# In the United States Court of Federal Claims

**No. 00-775 C**

**BRERO CONSTRUCTION, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed May 12, 2006, and the court's Order, filed the same date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $90,000.00, inclusive of interest, with each party to bear its own costs, attorney fees, and expenses.

IT IS FURTHER ORDERED AND ADJUDGED that defendant's counterclaim is dismissed.

Brian Bishop
Clerk of Court

**May 17, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.